**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: POM WONDERFUL LLC MARKETING
AND SALES PRACTICES LITIGATION            MDL No. 2199

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–4)**

On November 30, 2010, the Panel transferred 2 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 753 F.Supp.2d 1372 (J.P.M.L. 2010). Since that time, 11 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Dean D Pregerson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Pregerson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of November 30, 2010, and, with the consent of that court, assigned to the Honorable Dean D Pregerson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: POM WONDERFUL LLC MARKETING
AND SALES PRACTICES LITIGATION**                     MDL No. 2199

### SCHEDULE CTO–4 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| GEORGIA SOUTHERN | | | |
| GAS | 4 | 12–00053 | Templeton Jr. v. POM Wonderful, LLC et al |